UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mark Shedlin,** | Case: 2:16-CV-01146-JAM-EFB |
|     **Plaintiff,** | **ORDER** |
|   **v.** | |
| **La Quinta Holdings Inc., a Delaware Corporation; and Does 1-10,** | |
|     **Defendants.** | |

It is hereby ordered that plaintiff Mark Shedlin may appear telephonically at the Settlement Conference presently set for January 24, 2017.

Dated:  December 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

Order                                                                                                          2:16-CV-01146-JAM-EFB