# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mark Shedlin**, <br><br> Plaintiff, <br><br> v. <br><br> **La Quinta Holdings Inc.,** a Delaware Corporation; and Does 1-10, <br><br> Defendants | **Case No**.: 2:16-CV-01146-JAM-EFB <br><br> ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |

Plaintiff MARK SHEDLIN ("Plaintiff") and Defendant LQ Properties L.L.C. (erroneously sued as La Quinta Holdings Inc.) ("Defendant") hereby stipulate to extend the deadline to file the dispositional documents by 30 days. The new deadline to file the dispositional documents will be March 23, 2017.

IT IS SO ORDERED.

DATED: 2/23/2017

/s/ John A. Mendez
United States District Court Judge

1